# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT DAYTON

| | |
|---|---|
| United States of America, | Case No. 3:10-cr-75 |
| Plaintiff, | |
| -vs- | Magistrate Judge Merz |
| ROBERT RAWLINS, | |
| Defendant. | |

## ORDER

On oral motion of the United States in open court, pursuant to the plea agreement of the parties and Fed. R. Crim. P. 7(e), and with the Defendant's consent, the charge of Theft, in violation of Title 18, Section 641 of the United States Code, made in Count 1 of the Information is hereby AMENDED to charge Unauthorized Use of Property, in violation of the Ohio Revised Code § 2913.04(A).

IT IS SO ORDERED.

Date: 3/21/13

_____
United States Magistrate Judge

_____
Assistant United States Attorney